John **KARCZEWSKI**, Plaintiff-Appellant,

v.

**CONANT AUTO RETAIL, SAN DIEGO, INC.,** a California Corporation, Defendant-Appellee.

No. 15-55893

United States Court of Appeals, Ninth Circuit.

Submitted February 6, 2017 *
Pasadena, California

Filed July 10, 2017

Russell Clive Handy, Esquire, Mark D. Potter, Esquire, Potter Handy LLP, San Diego, CA, for Plaintiff-Appellant

Aaron Harris Jacoby, Attorney, George N. Koumbis, Esquire, Arent Fox LLP, Los Angeles, CA, for Defendant-Appellee

Christopher Chen-Hsin Wang, Attorney, DOJ—U.S. Department of Justice, Civil Rights Division/Appellate Section, Washington, DC, for Amicus Curiae United States of America

Before: GRABER, BYBEE, and CHRISTEN, Circuit Judges.

MEMORANDUM **

We vacate the district court's dismissal of this action, and we remand for reconsideration in light of <u>Karczewski v. DCH Mission Valley, LLC</u>, No. 15-55633.

**VACATED** and **REMANDED.** Costs on appeal awarded to Plaintiff.

BYBEE, Circuit Judge, acquiescing dubitante:

I acquiesce *dubitante* for the reasons articulated in my separate opinion in *Karczewski v. DCH Mission Valley, LLC*, No. 15-55633.

---

* The panel unanimously concludes that this case is suitable for decision without oral argument. Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.